IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA             )<br>ex rel. Richard F. Miller,           )<br>                                     )<br>     Plaintiffs,                     )<br>                                     )<br>          v.                         ) Case No. 95-CV-1231 WBB/JMF<br>                                     )<br>PHILIPP HOLZMANN A.G.,                )<br>BILL HARBERT INTERNATIONAL            )<br>CONSTRUCTION, INC., HARBERT           )<br>INTERNATIONAL ESTABLISHMENT, INC.,    )<br>HARBERT CORPORATION, HARBERT          )<br>INTERNATIONAL, INC., HARBERT          )<br>U.K. SERVICES, LTD., J.A. JONES       )<br>CONSTRUCTION COMPANY, FRU-CON         )<br>CONSTRUCTION CORP., and               )<br>SABBIA A.G.,                          )<br>                                     )<br>     Defendants.                     )<br>                                     ) | |

**SUPPLEMENT TO THE UNITED STATES' MOTION FOR AN ENLARGEMENT OF TIME FOR IT AND THE RELATOR TO FILE OPPOSITIONS TO THE MOTION TO DISMISS FILED BY BILL L. HARBERT, HARBERT CONSTRUCTION SERVICES (U.K.) LTD., BILL HARBERT INTERNATIONAL CONSTRUCTION, INC., AND HARBERT INTERNATIONAL ESTABLISHMENT, INC.**

On November 10, 2005, Plaintiff, United States of America, moved for an extension until November 23, 2005 for the United States and the Relator to file Oppositions to the Motion to Dismiss of defendants, Bill L. Harbert, Harbert Construction Services (U.K.) Ltd., Bill Harbert International Construction, Inc., and Harbert International Establishment, Inc. ("Defendants"). At that time we left messages with defense counsel seeking their consent to this motion. Counsel was unable to respond to our request on that date. Subsequent to filing the motion defense counsel has provided their consent to the

extension.    Defendants' counsel also requested that their Reply Brief be due on December 15, 2005.  The government and the relator have no objection to this request.  Hence, the government notes that this motion is now a consent motion and that the defendants reply should be due by December 15, 2005.

    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
KEITH V. MORGAN, D.C. Bar #422665
Assistant U. S. Attorney

PHILLIP KEISLER
Assistant Attorney General

_____
MICHAEL F. HERTZ, D.C. Bar #965780
CAROLYN G. MARK, D.C. Bar #254177
Attorneys, Civil Division
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0256

Attorneys for The
United States of America

Case 1:95-cv-01231-RCL   Document 225   Filed 11/22/05   Page 3 of 3