# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RICHARD F. MILLER,**

    **Plaintiff,**

    **v.**                                      **CA NO. 95-1231 (RCL/JMF)**

**PHILLIP HOLZMANN, et al.,**

    **Defendants.**

## ORDER

It is, hereby,

**ORDERED** that relator's <u>Motion for Leave to File Third Amended Complaint</u> [#100] is **GRANTED**.  It is further, hereby,

**ORDERED** that <u>Plaintiff's Motion for Leave to File First Amended Complaint</u> [#110] is **GRANTED**.  It is further, hereby,

**ORDERED** that <u>J.A. Jones Construction Company's Unopposed Motion for Enlargement of Time to Respond to the United States' Motion for Partial Summary Judgment</u> [#152] is **DENIED** for lack of standing.  It is further, hereby,

**ORDERED** that <u>United States' Motion for an Enlargement of Time to File an Opposition to Defendant Phillip Holzmann's AG's Motion to Dismiss for Failure to State a Claim Because of [sic] the Foreign Assistance Act Preempts the Cause of Action on Which the Lawsuit is Based</u> [#174] is **GRANTED**.  It is further, hereby,

**ORDERED** that <u>Defendant Bill L. Harbert's Motion for Leave to File Surreply Brief and Amended Motion</u> [#212] is **GRANTED**.  It is further, hereby,

**ORDERED** that <u>United States' Motion for an Enlargement of Time to File an Opposition</u>

to Defendant Harbert Corporation's Motion for Judgment on the Pleadings [#213] is

**GRANTED**.  Finally, it is, hereby,

ORDERED that United States' Motion for an Enlargement of Time for it and the Relator

to File Oppositions to the Motion to Dismiss Files by Bill L. Harbert, Harbert International

Construction, Inc., and Harbert International Establishment, Inc. [#224] is **GRANTED**.

**SO ORDERED.**


_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE


Dated: