UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RICHARD F. MILLER,**

    **Plaintiff,**

    **v.**                                      **CA NO. 95-1231 (RCL/JMF)**

**PHILLIP HOLZMANN, et al.,**

    **Defendants.**

## ORDER

In light of the Order issued by Judge Lamberth on March 13, 2006, it is, hereby,

**ORDERED** that a status hearing is set for April 6, 2006 at 10:00 a.m.  Counsel should be prepared the discuss the following matters at the hearing:

1. Counsel should be prepared to indicate whether or not any corrections, clerical or otherwise, need to be made to the Report and Recommendation issued on March 9, 2006.  For example, counsel should be prepared to indicate whether or not it in fact resolved all outstanding motions.

2. The Report and Recommendation contemplated the establishment of different discovery periods for different purposes.  For example, the Report and Recommendation contemplated a period of discovery pertaining to the court's jurisdiction over the person of certain defendants.  Counsel should be prepared to discuss deadlines for that discovery and for the conclusion of all discovery.

3. Counsel should be prepared to discuss deadlines for the exchange of any expert witness reports.

4. Counsel should be prepared to discuss the timing of a trial date in 2007, taking

into account the court's need for sufficient time within which to resolve any dispositive motions.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: