UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES ex rel.,
RICHARD F. MILLER,

  Plaintiff,

  v.                                     CA NO. 95-1231 (WBB/JMF)

PHILLIP HOLZMANN, et al.,

  Defendants.

## ORDER

Pursuant to the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that the United States will not be required to produce foreign witnesses in the United States as defendants have sought. It is further, hereby,

**ORDERED** that each side will be allowed 40 depositions.

**SO ORDERED.**

                                              _____
                                              JOHN M. FACCIOLA
                                              UNITED STATES MAGISTRATE JUDGE

Dated: