UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD F. MILLER,<br>    Plaintiff,<br><br>    v.<br><br>PHILIPP HOLZMANN *et al.*,<br>    Defendant. | Civil Action No. 95-1231 (RCL/JMF) |

# ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that <u>Relator Richard F. Miller's Motion to Compel Discovery Responses from Defendant Bill L. Harbert and Memorandum in Support Thereof</u> [#356] is **DENIED.**

    **SO ORDERED.**

 

                                                                                                    _____
                                                                                                    JOHN M. FACCIOLA
                                                                                                    UNITED STATES MAGISTRATE JUDGE

Dated: