UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD F. MILLER,<br>    Plaintiff,<br><br>    v.<br><br>PHILIPP HOLZMANN *et al.*,<br>    Defendant. | Civil Action No. 95-1231 (RCL/JMF) |

ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Relator Richard F. Miller's Motion to Compel Discovery Responses from Defendant Bilhar International Establishment f/k/a Harbert International Establishment [#378] is **GRANTED IN PART** and **DENIED IN PART.**

    **SO ORDERED.**

 

_____
JOHN M. FACCIOLA
Dated:                                           UNITED STATES MAGISTRATE JUDGE