UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RICHARD F. MILLER,**

    **Plaintiff,**

    v.                                      CA No. 95-01231 (RCL/JMF)

**PHILIPP HOLZMANN, et al.,**

    **Defendants.**

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that the <u>United States' Motion to Compel Production of Documents from Defendants' Expert Witnesses</u> [#468] is **DENIED.**

    **SO ORDERED.**

                                                                  _____
                                                                  JOHN M. FACCIOLA

Dated:                                                      UNITED STATES MAGISTRATE JUDGE