UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD F. MILLER,

    **Plaintiff,**

    v.                              CA No. 95-01231 (RCL/JMF)

PHILIPP HOLZMANN, et al.,

    **Defendants.**

## SHOW CAUSE ORDER

It appearing that <u>Relator Richard F. Miller's Motion to Dismiss Harbert International, Inc.'s Counterclaims</u> [#436], which was filed on 12/6/06, remains unopposed, it is therefore, hereby,

**ORDERED** that Harbert International, Inc. show cause in writing by February 2, 2007, why the undersigned should not recommend to Judge Lamberth that relator's motion be granted.

**SO ORDERED.**

                                                                         _____
                                                                         JOHN M. FACCIOLA
Dated:                                                         UNITED STATES MAGISTRATE JUDGE