**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


**RICHARD F. MILLER,**

   **Plaintiff,**

   **v.**                                        **CA No. 95-01231 (RCL/JMF)**

**PHILLIP HOLZMANN, et al.,**

   **Defendants.**

### ORDER


In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that Defendants' Emergency Motion to Compel and for Expenses

and Attorneys' Fees [#367] is **DENIED** as to documents 34, 35, 40 and 41.

   **SO ORDERED.**


_____
                                        JOHN M. FACCIOLA
Dated:                                  UNITED STATES MAGISTRATE JUDGE