# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**RICHARD F. MILLER,**

    **Plaintiff,**

    **v.**                                        CA No. 95-01231 (RCL/JMF)

**PHILLIP HOLZMANN, et al.,**

    **Defendants.**

## ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that <u>Defendant Roy Anderson's Expedited Motion to Enforce His Settlement Agreement with the United States and Memorandum of Law in Support</u> [#550] is **DENIED.**

    **SO ORDERED.**


                                                                                                                /S/_____
                                                                                               JOHN M. FACCIOLA
March 8, 2007                                                      UNITED STATES MAGISTRATE JUDGE