# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**RICHARD F. MILLER,**

    **Plaintiff,**

    **v.**　　　　　　　　　　　　　　　　**CA No. 95-01231 (RCL/JMF)**

**PHILLIP HOLZMANN, et al.,**

    **Defendants.**

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that <u>Harbert Corporation and Harbert International Inc.'s Motion to Compel Production of FBI File</u> [#542] is **GRANTED.** It is further, hereby,

**ORDERED** that this Order is **STAYED** until the pre-trial conference on March 9, 2007.

    **SO ORDERED.**

                                                             /S/
                                                   JOHN M. FACCIOLA

March 8, 2007　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE