IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. Richard F. Miller, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BILL HARBERT INTERNATIONAL ) <br> CONSTRUCTION, INC., ET AL., ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:95CV01231 RCL |

## JOINT PRAECIPE REGARDING SETTLEMENT

The undersigned (hereinafter the "Parties") have resolved all outstanding matters in this case and hereby report the following:

1. The Parties have settled the underlying damages claims (False Claims Act and common law claims) in this case, and defendants and Relator have settled the outstanding claims for attorneys' fees.

2. Payment of the agreed sum in settlement of the damages claims will be made in three installments, the first of which is due March 27, 2012, and the last of which is due September 30, 2012.

3. Payment to Relator of the agreed sum in settlement of the claim for attorneys' fees will be made on or before April 3, 2012.

4. After the United States receives the first installment of the agreed sum in settlement of the damages claims, the Parties will file a Stipulation of Dismissal without prejudice.

5. Within five business days after Relator receives the agreed sum in settlement of the fee issue, Relator will file a satisfaction of the fee judgment entered against Harbert

Construction Services (U.K.) Ltd. ("HUK") and Bilhar International Establishment f/k/a Harbert International Establishment ("BIE") (Dkt. Nos. 972 & 1053, as modified by Dkt. 1089).

6. Within five business days after the United States receives the final installment of the agreed sum in settlement of the damages claims, the United States and Relator will file a satisfaction of the outstanding damages/penalties judgment previously entered against HUK and BIE (Dkt. No. 883, as modified by mandate of the U.S. Court of Appeals for the District of Columbia Circuit, Doc. No. 1978).

7. Within five business days after the filing of the satisfaction of judgment referenced in Paragraph 6 above, the Parties will file a Stipulation of Dismissal with prejudice.

Respectfully submitted,

| | |
|---|---|
| STUART F. DELERY<br>*Acting Assistant Attorney General* | /s/<br>Charles S. Leeper (D.C. Bar No. 310367)<br>Michael J. McManus (D.C. Bar No. 263832)<br>Jeffrey J. Lopez (D.C. Bar No. 453052)<br>Michael R. Miner (D.C. Bar No. 463464)<br>Mark H. M. Sosnowsky (D.C. Bar No. 979960)<br>DRINKER, BIDDLE & REATH LLP<br>1500 K Street N.W., Suite 1100<br>Washington, DC  20005<br>Tel:  (202) 842-8800<br>Fax:  (202) 842-8465<br><br>*Counsel for Harbert International, Inc. and Harbert Corporation* |
| RUDOLPH CONTRERAS<br>D.C. Bar #434122<br><br>KEITH V. MORGAN<br>D.C. Bar #422665<br>*Assistant United States Attorney* | |
| /s/<br>JOYCE R. BRANDA, D.C. Bar #246363<br>JAMIE ANN YAVELBERG<br>PATRICK M. KLEIN<br>LISA K. SAMUELS, D.C. Bar #495158<br>*Attorneys, Civil Division*<br>U.S. Department of Justice<br>950 Pennsylvania Avenue N.W., Room 7245<br>Washington, D.C. 20530<br>(202) 514-4820<br><br>*Counsel for the United States* | /s/<br>W. David Bridgers (PHV)<br>George H. Cate, III (PHV)<br>NEAL & HARWELL, PLC<br>150 Fourth Avenue, North<br>Suite 2000<br>Nashville, TN  37219<br>Tel:  (615) 244-1713 |
| /s<br>Bert W. Rein D.C. Bar #67215<br>Michael L. Sturm D.C. Bar #422338<br>Christopher M. Mills D.C. Bar #492840<br>WILEY REIN LLP<br>1776 K Street N.W.<br>Washington, D.C. 20006<br>(202) 719-7080<br><br>*Counsel for Relator Richard F. Miller* | /s/<br>Cary M. Feldman (D.C. Bar No. 202747)<br>Julianna S. Gonen (D.C. Bar No. 488759)<br>Feldesman Tucker Leifer Fidell LLP<br>1129 20th Street N.W., Fourth Floor<br>Washington, D.C. 20036<br>Phone: (202) 466-8960<br><br>*Counsel for Bill Harbert International Construction, Inc., Harbert Construction Services (U.K.) Ltd, and Bilhar International Establishment* |

3

## **CERTIFICATE OF SERVICE**

I certify that on March 20, 2012, I electronically filed the foregoing **JOINT PRAECIPE REGARDING SETTLEMENT** using the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

/s/
Charles S. Leeper (D.C. Bar No. 310367)
